THE UNITED PAPER-BOARD COMPANY, Respondent, *v.*
THE IROQUOIS PULP AND PAPER COMPANY, Appellant.

(Argued October 22, 1928; decided November 20, 1928.)

*J. A. Kellogg, William E. Bennett* and *Luther A. Wait* for appellant.

*John N. Carlisle* and *James Todd* for respondent.

no

opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: KELLOGG and O'BRIEN, JJ.